**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7098**

DOUGLAS R. VAUGHN, II,

   Plaintiff - Appellant,

  v.

NURSE TERRY, Intake Nurse; NURSE ALVIN, Intake Nurse; NURSE DIANE
ANTHONY, Head Nurse; NURSE CHELTON, Intake Nurse,

   Defendants - Appellees,

  and

CORRECT CARE SOLUTIONS, Medical Staff/Nurses,

   Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Leonie M. Brinkema, District Judge.  (1:19-cv-00565-LMB-IDD)

Submitted:  February 28, 2022      Decided:  March 23, 2022

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and TRAXLER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Douglas R. Vaughn, Appellant Pro Se.  Christopher Fitzjames Quirk, SANDS ANDERSON, PC, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas R. Vaughn II appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Vaughn v. Nurse Terry*, No. 1:19-cv-00565-LMB-IDD (E.D. Va. June 21, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*